IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:93CR00010-001 |
| v. | **ORDER** |
| **OBED RAHEEM HOYTE,** | By: James P. Jones |
| Defendant. | United States District Judge |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

    1. The defendant's pro se motion (ECF No. 402) is CONSTRUED as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255, and the clerk is DIRECTED to redocket the motion as such;

    2. The said motion is hereby DENIED without prejudice as successive; and

    3. A Certificate of Appealability is DENIED.

ENTER: February 24, 2012

/s/ James P. Jones
United States District Judge